# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

JAMES TOOLEY, )
)
Plaintiff, )
vs. ) Case No. CIV-11-110-KEW
)
CITY OF KONOWA, OKLAHOMA )
and DAVID S. YOUNG, )
)
Defendants. )

## OPINION AND ORDER

This matter comes on for consideration of Plaintiff's Motion to Reconsider Order of April 26, 2012, Granting Summary Judgment and Qualified Immunity to David S. Young (Docket Entry #71). This Court has thoroughly reviewed Plaintiff's Motion and alleged bases for altering or amending this Court's Opinion and Order granting summary judgment to Defendant David S. Young together with Defendant's response and Plaintiff's reply. Apart from utilizing somewhat vitriolic language in the Motion to describe his disdain for this Court's decision, Plaintiff has presented nothing other than a regurgitation of his prior arguments contained in his response to the original motion for summary judgment which were considered in the formulation of the Opinion and Order. Accordingly, Plaintiff has not provided a valid or meritorious basis for altering the prior decision on any factual finding or legal conclusion contained in the decision.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reconsider Order of April 26, 2012, Granting Summary Judgment and Qualified Immunity to David S. Young (Docket Entry #71) is hereby **DENIED**.

IT IS SO ORDERED this 25th day of June, 2012.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE